# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.: 2:18-mj-482-CWH |
| ) | |
| OBADA MUSTAFA ) | Charging District: Western District of Missouri |
| ) | |
| *Defendant* | Charging District's Case No. 2:18-cr-04030-SRB |

**RECEIVED**
**SERVED ON**
**COUNSEL/PARTIES OF RECORD**
MAY 17 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court 80 Lafayette Street Jefferson City, MO 65101 | Courtroom No.: 3A, Hon. Willie J. Epps, Jr. |
|---|---|---|
| | | Date and Time: May 29, 2018, 1:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: May 17, 2018

*Judge's signature*

C.W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
*Printed name and title*